THOMAS E. WING, as Substituted Trustee under a Certain Trust Agreement Made between GEORGE W. McELHINEY and ERNEST A. WILTSEE and GUARDIAN TRUST COMPANY OF NEW YORK, Respondent, *v.* G. FRANKLIN STRINGER, Appellant.

*Wing* v. *Stringer*, 163 App. Div. 890, affirmed.
(Argued March 13, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1914, affirming a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury in an action upon an underwriting agreement. The complaint alleged that defendant made a contract in writing with one McElhiney and one Wiltsee, called therein syndicate managers, whereby he undertook to pay $2,000 to said McElhiney and Wiltsee upon the conditions set out in said contract. That pursuant to its terms McElhiney and Wiltsee, as such syndicate managers, subscribed for 8,000 shares of the capital stock of said Refugio Syndicate, and for the purpose of paying therefor made their promissory note, payable to bearer on March 1, 1909, and delivered it to said Refugio Syndicate to provide for the payment for said shares, and pledged said contract, together with the capital stock of said Refugio Syndicate, as collateral security for the payment of said note. The defense was that the said 8,000 shares of the capital stock of Refugio Syndicate alleged to have been issued to and held by the syndicate managers were not issued either for money or property, and that said pretended issue was of no effect, and that the pretended note was wholly without consideration, binding upon this defendant, of all of which plaintiff and his predecessor and all parties claiming under them had due notice. And for a further defense, defendant alleged that the syndicate managers, as his agents, made no purchase of stock for his account from Refugio Syndicate,

nor did they borrow any money with which to purchase the same.

*Charles A. Decker* for appellant.

*Philip W. Russell* and *Burt D. Whedon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND and ANDREWS, JJ. Not voting: CRANE, J. Absent: CUDDEBACK, J.